56 A.3d 861

IN THE MATTER OF PETER E. MANOLAKIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 032441986).

December 5, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–088, concluding that **PETER E. MANOLAKIS** of **CAPE CANAVERAL, FLORIDA,** who was admitted to the bar of this State in 1987, and who has been temporarily suspended from the practice of law since January 13, 2009, should be sus-

pended from the practice of law for a period of three months for violating *RPC* 1.15(d) (recordkeeping violations), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Court having determined from its review of the matter that the term of suspension should be retroactive to the date of respondent's temporary suspension from practice;

And good cause appearing;

It is ORDERED that **PETER E. MANOLAKIS** is suspended from the practice of law for a period of three months, effective, January 13, 2009, and until the further Order of the Court; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this Sate; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.